Janet Chaney
2115 Sherington Place #D203
Newport Beach, CA 92663
442-484-5690

Defendant, In Pro Per

FILED
2022 JUL 15 AM 11:00
CLERK [...] COURT
[...] OF CALIF.
LOS ANGELES
BY ___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SACV22-1320-CJC-ADSx

| | |
|---|---|
| UDR Eight80 I LP, a Delaware Limited Partnership, | CASE: |
| *Plaintiff(s)*, | |
| vs. | NOTICE OF REMOVAL |
| Janet Chaney, Does 1-25 Inclusive, | |
| *Defendant(s)*. | |

TO THE CLERK OF THE ABOVE-TITLED COURT AND THE HONORABLE UNITED STATES DISTRICT JUDGE:

PLEASE TAKE NOTICE that the defendant Janet Chaney ("Defendant") hereby removes to this Court the above-captioned action described further below:

THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED.

NOTICE OF REMOVAL

Plaintiff, Janet Chaney, ("Plaintiff") filed an unlawful detainer action in the Superior Court of California, County of Orange, entitled:

UDR Eight80 I LP, a Delaware Limited Partnership
vs.
Janet Chaney, Does 1-25 Inclusive

Defendant's Demurrer to the complaint for unlawful detainer was based on a defective Notice to quit. A copy of the relevant pleadings, i.e., summons, complaint, and Demurrer are attached hereto as "Exhibit A."

1. This removal is therefore timely because it is not barred by the provisions of 28 U.S.C. § 1446(b).

2. There are no other named Defendants in the action.

3. No previous request has been made for the relief requested.

4. The Superior Court of California for the County of Orange is located within the Central District of California. Sec 28 U.S.C. § 84(c)(1). Thus, venue is proper in this Court because it is the "district and divisions embracing the place where such action is pending." 28 U.S.C. § 1441(a).

5. This Action is removable to the instant Court because it originally could have been filed in this Court pursuant to 28 U.S.C. § 1441(a) and/or (b). The complaint presents federal questions. Supplemental jurisdiction exists with respect to any remaining claims pursuant to 28 U.S.C. § 1367.

FEDERAL QUESTION: REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. §1331 and §1441.

7. The complaint for Unlawful Detainer is subject to strict notice requirements.

8. Defendant filed the Answer to the complaint based on a 3-Day Notice, i.e., Notice to Quit, that failed to comply with *Code of Civil Procedure* § 1161(2).

9. Notwithstanding said violation of *Code of Civil Procedure* § 1161(2), the Superior Court for the County of Orange did not sustain the Demurrer.

10. Federal question exists because Defendant's Demurrer, a pleading depend on the determination of Defendant's rights and Plaintiff's duties under federal law.

Wherefore the Defendant respectfully removes this action from the California Superior Court for the County of Orange this Court pursuant to 28 United States Code Sections 1331 and 1441.

Dated: 7/19/22

By: _____
Janet Chaney
In Pro per

# EXHIBIT A

Scanned with CamScanner

Case 8:22-cv-01320-JLS-ADS Document 1-6 Filed 07/15/22 Page 5 of 9 Page ID #:5

Electronically Filed by Superior Court of California, County of Orange, 05/13/2022 03:10:21 PM.
30-2022-01259613-CL-UD-CJC - ROA # 5 - DAVID H. YAMASAKI, Clerk of the Court By Mauricio Luna, Deputy Clerk.

**SUMMONS**
*(CITACIÓN JUDICIAL)*
**UNLAWFUL DETAINER—EVICTION**
*(RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)*

**SUM-130**

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Janet Chaney, Does 1-25 Inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
UDR Eight80 I LP, a Delaware Limited Partnership

NOTICE: You have been sued. The court may decide against you without your being heard unless you respond within 5 days. You have 5 DAYS, not counting Saturdays and Sundays and other judicial holidays, after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.

A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courts.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services website (www.lawhelpca.org), the California Courts Online Self-Help Center (www.courts.ca.gov/selfhelp), or by contacting your local court or county bar association.

¡AVISO! Usted ha sido demandado. Si no responde dentro de 5 días, el tribunal puede emitir un fallo en su contra sin una audiencia. Una vez que le entreguen esta citación y papeles legales, solo tiene 5 DÍAS, sin contar sábado y domingo y otros días feriados del tribunal, para presentar una respuesta por escrito en este tribunal y hacer que se entregue una copia al demandante.

Una carta o una llamada telefónica no lo protege. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no presenta su respuesta a tiempo, puede perder el caso por falta de comparecencia y se le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados local.

FEE WAIVER: If you cannot pay the filing fee, ask the clerk for a fee waiver form. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

EXENCIÓN DE CUOTAS: Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos con un gravamen sobre cualquier cantidad de $10,000 ó más recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desestimar el caso.

1. The name and address of the court is:
*(El nombre y dirección de la corte es):*

Superior Court of California
4601 Jamboree Road
Newport Beach, CA 92660

**CASE NUMBER** *(Número del caso):*
30-2022-01259613-CL-UD-CJC

Commissioner Robert Kohler

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Todd A. Brisco Esq. 165935, Allison K. Higley Esq. 306953
2200 West Orangewood Avenue, Suite 250
Orange, CA 92868

Todd A. Brisco & Associates, APC
(714) 634-2814

Page 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. January 1, 2022]

CEB Essential
ceb.com

SUMMONS—UNLAWFUL DETAINER—EVICTION

Code of Civil Procedure, §§ 412.20, 415.456
www.courts.ca.gov

UDR-EIGHT80 I

Scanned with CamScanner

Case 8:22-cv-01320-FLA-ADS Document 1 Filed 07/15/22 Page 6 of 9 Page ID #:6

Electronically Filed by Superior Court of California, County of Orange, 05/13/2022 03:10:21 PM.
42-01259613-CL-UD-CJC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By Mauricio Luna, Deputy Clerk.

**UD-100**

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: | FOR COURT USE ONLY |
|---|---|---|
| NAME: Todd A. Brisco Esq. 165935, Allison K. Higley Esq. 306953 <br> FIRM NAME: Todd A. Brisco & Associates, APC <br> STREET ADDRESS: 2200 West Orangewood Avenue, Suite 250 <br> CITY: Orange  STATE: CA  ZIP CODE: 92868 <br> TELEPHONE NO.: (714) 634-2814  FAX NO.: (714) 634-0662 <br> EMAIL ADDRESS: briscoassociates@briscoassociates.com <br> ATTORNEY FOR (name): UDR Eight80 I LP, a Delaware Limited Partnership | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange**
STREET ADDRESS: 4601 Jamboree Road
MAILING ADDRESS: 4601 Jamboree Road
CITY AND ZIP CODE: Newport Beach, CA 92660
BRANCH NAME: Newport Harbor Justice Center

PLAINTIFF: UDR Eight80 I LP, a Delaware Limited Partnership
DEFENDANT: Janet Chaney, Does 1-25 Inclusive
☐ DOES 1 TO

Assigned for All Purposes
Commissioner Robert Kohler

**COMPLAINT – UNLAWFUL DETAINER***
☒ COMPLAINT   ☐ AMENDED COMPLAINT (Amendment Number):

CASE NUMBER: 30-2022-01259613-CL-UD-CJC

**Jurisdiction** *(check all that apply):*
☒ **ACTION IS A LIMITED CIVIL CASE**
Amount demanded   ☒ does not exceed $10,000.
            ☐ exceeds $10,000 but does not exceed $25,000.
☐ **ACTION IS AN UNLIMITED CIVIL CASE** (amount demanded exceeds $25,000)
☐ **ACTION IS RECLASSIFIED** by this amended complaint or cross-complaint *(check all that apply):*
   ☐ from unlawful detainer to general unlimited civil (possession not in issue).   ☐ from limited to unlimited.
   ☐ from unlawful detainer to general limited civil (possession not in issue).   ☐ from unlimited to limited.

1. PLAINTIFF *(name each):*
   UDR Eight80 I LP, a Delaware Limited Partnership

   alleges causes of action against DEFENDANT *(name each):*
   Janet Chaney, Does 1-25 Inclusive

2. a. Plaintiff is   (1) ☐ an individual over the age of 18 years.   (4) ☐ a partnership.
              (2) ☐ a public agency.               (5) ☐ a corporation.
              (3) ☒ other *(specify):* Limited Partnership

   b. ☐ Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of *(specify):*

3. a. The venue is the court named above because defendant named above is in possession of the premises located at *(street address, apt. no., city, zip code, and county):*
   2115 Sherington Place #D203
   Newport Beach, CA 92663
   Orange County

   b. The premises in 3a are *(check one)*
      (1) ☒ within the city limits of *(name of city):* Newport Beach
      (2) ☐ within the unincorporated area of *(name of county):*

   c. The premises in 3a were constructed in *(approximate year):* 1968

4. Plaintiff's interest in the premises is   ☒ as owner   ☐ other *(specify):*

5. The true names and capacities of defendants sued as Does are unknown to plaintiff.

*NOTE: Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).

Page 1

Form Approved for Optional Use
Judicial Council of California
UD-100 [Rev. September 1, 2020]

**COMPLAINT – UNLAWFUL DETAINER**

Civ. Code, § 1940
Code of Civil Procedure §§ 425,
www.courts.ca.gov

CEB | Essential Forms
ceb.com

UDR-EIGHT80 I

Scanned with CamScanner

UD-100

| PLAINTIFF: UDR Eight80 I LP, a Delaware Limited Partnership | CASE NUMBER: |
|---|---|
| DEFENDANT: Janet Chaney, Does 1-25 Inclusive | |

9. b. (1) On (date): 04/25/2022    the period stated in the notice checked in 9a expired at the end of the day.
   (2) Defendants failed to comply with the requirements of the notice by that date.
   c. All facts stated in the notice are true.
   d. [x] The notice included an election of forfeiture.
   e. [x] A copy of the notice is attached and labeled Exhibit 2. *(Required for residential property. See Code Civ. Proc., § 1166. When Civil Code, § 1946.2(c), applies and two notices are required, provide copies of both.)*
   f. [ ] One or more defendants were served (1) with the prior required notice under Civil Code, § 1946.2(c), (2) with a different notice, (3) on a different date, or (4) in a different manner, as stated in Attachment 10c. *(Check item 10c and attach a statement providing the information required by items 9a–e and 10 for each defendant and notice.)*

10. a. [x] The notice in item 9a was served on the defendant named in item 9a as follows:
    (1) [ ] By personally handing a copy to defendant on *(date)*:
    (2) [ ] By leaving a copy with *(name or description)*:
        a person of suitable age and discretion, on *(date)*:              at defendant's
        [ ] residence  [ ] business  AND mailing a copy to defendant at defendant's place of residence
        on *(date)*:              because defendant cannot be found at defendant's residence or usual place of business.
    (3) [x] by posting a copy on the premises on *(date)*: 04/20/2022
        [x] AND giving a copy to a person found residing at the premises AND mailing a copy to defendant at the premises
        on *(date)*: 04/20/2022
        (a) [ ] because defendant's residence and usual place of business cannot be ascertained OR
        (b) [x] because no person of suitable age or discretion can be found there.
    (4) [ ] *(Not for 3-day notice; see Civil Code, § 1946, before using)* By sending a copy by certified or registered mail addressed to defendant on *(date)*:
    (5) [ ] *(Not for residential tenancies; see Civil Code, § 1953, before using)* In the manner specified in a written commercial lease between the parties
    b. [ ] *(Name)*:
       was served on behalf of all defendants who signed a joint written rental agreement.
    c. [ ] Information about service of notice on the defendants alleged in item 9f is stated in Attachment 10c.
    d. [x] Proof of service of the notice in item 9a is attached and labeled Exhibit 3.

11. [ ] Plaintiff demands possession from each defendant because of expiration of a fixed-term lease.
12. [x] At the time the 3-day notice to pay rent or quit was served, the amount of rent due was $    1,991.00
13. [x] The fair rental value of the premises is $    72.86 per day.
14. [ ] Defendant's continued possession is malicious, and plaintiff is entitled to statutory damages under Code of Civil Procedure section 1174(b). *(State specific facts supporting a claim up to $600 in Attachment 14.)*
15. [x] A written agreement between the parties provides for attorney fees.
16. [ ] Defendant's tenancy is subject to the local rent control or eviction control ordinance of (city or county, title of ordinance, and date of passage):

Plaintiff has met all applicable requirements of the ordinances.

17. [ ] Other allegations are stated in Attachment 17.
18. Plaintiff accepts the jurisdictional limit, if any, of the court.

**COMPLAINT - UNLAWFUL DETAINER**

UD-100 [Rev. September 1, 2020]    UDR-EIGHT80 I

Scanned with CamScanner

| PLAINTIFF: UDR Eight80 I LP, a Delaware Limited Partnership | CASE NUMBER |
|---|---|
| DEFENDANT: Janet Chasey, Does 1-25 Inclusive | |

**PLAINTIFF REQUESTS**
a. possession of the premises.
b. costs incurred in this proceeding:
c. [X] past-due rent of $ 1,991.00
d. [X] reasonable attorney fees.
e. [X] forfeiture of the agreement.
f. ☐ damages in the amount of waived rent or relocation assistance as stated in item 8: $
g. [X] damages at the rate stated in item 13 from (date): 05/01/2022 for each day that defendants remain in possession through entry of judgment
h. ☐ statutory damages up to $600 for the conduct alleged in item 14.
i. [X] other (specify): Such other relief as the court deems necessary. Other Charges: (C+C) 347.30

20. [X] Number of pages attached (specify): 12

## UNLAWFUL DETAINER ASSISTANT (Bus. & Prof. Code, §§ 6400-6415)

21. [X] (Complete in all cases.) An unlawful detainer assistant  [X] did not  ☐ did for compensation give advice or assistance with this form. (If declarant has received any help or advice for pay from an unlawful detainer assistant, complete a–f.)

a. Assistant's name:
b. Street address, city, and zip code:
c. Telephone no.:
d. County of registration:
e. Registration no.:
f. Expires on (date):

Date: 5/10/2022

Allison K. Higley, Esq.
(TYPE OR PRINT NAME)          ▶ (SIGNATURE OF PLAINTIFF OR ATTORNEY)

## VERIFICATION

(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____    ▶ _____
(TYPE OR PRINT NAME)           (SIGNATURE OF PLAINTIFF)

JD-100 [Rev. September 1, 2020]          **COMPLAINT - UNLAWFUL DETAINER**

Scanned with CamScanner

Case 8:22-cv-01340-JLS-ADS Document 1 Filed 07/15/22 Page 9 of 9 Page ID #:9

Electronically Filed by Superior Court of California, County of Orange, 06/03/2022 02:27:00 PM.
30-2022-01259613-CL-UD-CJC - ROA # 10 - DAVID H. YAMASAKI, Clerk of the Court By Nadia Huang, Deputy Clerk.

1  Janet Chaney
2  2115 Sherington Place #D203
   Newport Beach, CA 92663
3  442-484-5690

4  Defendant, In Pro Per

5
6
7
8                    SUPERIOR COURT OF CALIFORNIA
9                           COUNTY OF ORANGE
10
11
12 UDR Eight80 I LP, a Delaware Limited     )
   Partnership,                             )
13                                          )
                                            ) Case No. 30-2022-01259613-CL-UD-CJC
14                 Plaintiff(s),            )
                                            ) DEFENDANT'S NOTICE OF DEMURRER
15      vs.                                 ) AND DEMURRER TO COMPLAINT;
                                            )
16                                          ) Date:     06/17/2022
   Janet Chaney, Does 1-25 Inclusive,       )
17                                          ) Time:     8:30 AM
                   Defendant(s).            )
18                                          )
                                            ) Department: C61
19                                          )
                                            )
20                                          )
21
22 TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

23    PLEASE TAKE NOTICE that on  06/17/2022  at  8:30 AM  soon thereafter as it
24                                                700 Civic Center Drive West, Santa Ana
   may be heard in of the above-entitled court, located at ~~460 Jamboree Road Newport Beach~~ CA
25 92701
   ~~92660~~, Defendant, Janet Chaney, hereinafter ("Defendant") will present their
26
27 Demurrer to Plaintiffs, UDR Eight80 I LP, a Delaware Limited Partnership, (hereinafter "Plaintiff")
28 Complaint for Unlawful Detainer.

DEFENDANT'S NOTICE OF DEMURRER
AND DEMURRER TO COMPLAINT

Scanned with CamScanner