JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 22-01320-CJC(ADSx)                          Date: July 20, 2022

Title: UDR EIGHT80 I LP V. JANET CHANEY

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                              None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER REMANDING ACTION TO STATE COURT**

Defendant seeks to remove this eviction proceeding to federal court, invoking this Court's federal question jurisdiction. Defendant states no cognizable basis for federal question jurisdiction. Instead, she makes a vague statement that the determination of a demurrer she filed in state court involves federal law. But it is axiomatic that a federal defense or counter-claim does not give rise to federal-question jurisdiction. *Franchise Tax Bd. v. Constr. Laborers Vacation Trust for S. Cal.*, 463 U.S. 1, 14 (1983). The Court **REMANDS** this action to state court.

MINUTES FORM 11
CIVIL-GEN                                                                                          Initials of Deputy Clerk RRP